EUGENE R. DURKEE et al., Respondents, *v.* ELIZABETH R. BOWNE, Appellant.

(Argued April 26, 1872; decided May 3, 1872.)

*James Emott* for the appellant.

*Samuel Hand* for the respondents.

Agree to affirm.   No opinion.
Judgment affirmed, with costs.

———————

CARL STRUVER, Appellant, *v.* EUPHROISINE POIRIER et al., Respondents.

(Argued April 30, 1872; decided May 3, 1872.)

*John K. Porter* for the appellant.

*J. S. Bosworth* for the respondents.

Agree to affirm.   No opinion.
Judgment affirmed, with costs.